# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTONIO PORTER, )<br>   (Plaintiff) )<br> )<br>vs. )<br> )<br>E.P. GRAPHICS, INC. and )<br>PRO RESOURCES, INC. )<br>   (Defendants) ) | Case Number:  1:20-cv-379 |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Antonio Porter ("Porter"), by counsel, and for his Complaint for Damages, states and alleges as follows:

### The Parties

1. At all times relevant hereto, Porter was a resident of Jay County, Indiana.

2. Defendant E.P. Graphics, Inc. ("Employer") is an Indiana corporation. The principal office of Employer is located at 169 South Jefferson Street, Berne, Indiana, 46711.

3. Defendant Pro Resources, Inc. ("Agency") is an Indiana incorporation. The principal office of Agency is located at 1728 Spy Run Avenue, Fort Wayne, Indiana, 46805.

### Jurisdiction and Venue

4. Porter was employed by Employer during January and February of 2020 upon placement by Agency.

5. The underlying facts occurred in Adams County, Indiana.

6. On April 29, 2020, Porter filed his Charge of Discrimination with the Equal Employment Opportunity Commission (the "EEOC").

7. On August 12, 2020, Porter received a notice of his right to sue from the EEOC.

1

8. Porter brings this action pursuant to Title VII of the Civil Rights Act of 1964.

## General Facts

9. In January of 2020, Porter was the target of a racial slur from a co-worker at Employer.

10. Porter notified his supervisor and human resources of Employer of the racial slur. Porter requested a reassignment to another shift, which Employer denied.

11. After reporting the incident, Porter sustained regular verbal harassment from his other co-workers. Porter was also subjected to an incident of physical harassment by Employer's employees.

## COUNT 1: Racial Discrimination

12. Porter repeats and incorporates by reference the previous paragraphs of this Complaint as if set in full herein.

13. Porter is a member of a protected minority group.

14. The offending behavior by Employer's employees was based on Porter's membership in the protected minority group.

15. During his employment with Employer, Porter's job performance met the legitimate expectations of Employer.

16. As a result of the discriminatory comments and actions made by Employer's employees to Porter, Porter sustained injuries and damages, including an adverse employment action. As a further result of this racial discrimination, Porter may sustain damages in the future that are not yet discovered or realized.

## COUNT 2: Constructive Discharge

17. Porter repeats and incorporates by reference the previous paragraphs of this Complaint as if set in full herein.

18. The continued offending behavior by Employer's employees altered the conditions of Porter's employment and created a hostile work environment.

19. The hostile conditions of Porter's work environment would be intolerable to a reasonable person.

20. Porter's supervisor and Employer failed to remedy the offending workplace conduct following receipt of notice by Porter.

21. Porter was forced to resign because of the unendurable work conditions at Employer.

22. A reasonable person would be compelled to resign on the basis of the hostile work environment sustained by Porter at Employer.

23. Therefore, the hostile work environment at Employer constituted a constructive discharge of Porter.

24. As a result of this constructive discharge, Porter has sustained injuries and damages. As a further result of this constructive discharge, Porter may sustain damages in the future that are not yet discovered or realized.

**WHEREFORE**, Plaintiff, Antonio Porter, demands judgment against Defendants for an amount which will reasonably compensate him for his injuries and damages sustained by the racial discrimination and constructive discharge at Employer, including, but not limited to, actual, compensatory, and punitive damages, as well as such other and further relief as this Court deems proper and just.

## JURY DEMAND

Pursuant to F.R.C.P. 38, Plaintiff demands trial by jury for all triable issues.

Respectfully submitted,

COLDREN, FRANTZ & SPRUNGER

_____
Joshua A. Atkinson, #31210-38
Gina M. Eisenhut, #36307-35
112 N. Meridian Street
PO Box 1013
Portland, IN 47371
260-726-4220
*Attorneys for Antonio Porter*

4