**United States District Court**
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| ANTONIO PORTER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CASE NO. 1:20-CV-379-HAB-SLC |
| ) | |
| E.P. GRAPHICS, INC., and ) | |
| PRO RESOURCES, INC., ) | |
| ) | |
| DEFENDANTS. ) | |

## STIPULATION TO DISMISS, WITH PREJUDICE

The parties, by counsel, stipulate and agree that the above cause should be dismissed with prejudice as to all claims made by the plaintiff.

Respectfully submitted,

COLDREN, FRANTZ & SPRUNGER

*/s/ Joshua A. Atkinson*
Joshua A. Atkinson #31210-38
Gina M. Eisenhut #36307-35
112 N. Meridian Street
P.O. Box 1013
Portland, Indiana 47371
Telephone: (260) 726-4220
Attorneys for Plaintiff

Respectfully submitted,

HUNT SUEDHOFF KALAMAROS, LLP

/s/ Eric M. Wilkins
Eric M. Wilkins, # 25869-02
803 South Calhoun Street, 9th floor
P.O. Box 11489
Fort Wayne, Indiana 46858
Telephone: (260) 423-1311
Attorney for E.P. Graphics, Inc.

Respectfully submitted,

BARNES & THORNBURG LLP

/s/ Kathleen M. Anderson
Kathleen M. Anderson #16351-92
888 South Harrison Street, Suite 600
Fort Wayne, Indiana 46802
Telephone: (260) 425-4646
Attorney for Pro Resources, Inc.